IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS TONEZ (HERNANDEZ) | : | CIVIL ACTION |
| v. | : | |
| THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, et al. | : | NO. 15-2456 |

FILED
DEC 11 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 9th day of December 2015, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED AS MOOT** by reason of petitioner's death; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
L. FELIPE RESTREPO,    J.